NO. SCWC-30083

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ROBERT LEE WILLIS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30083; CR. NO. 06-1-0512)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellee Robert Lee Willis's

application for writ of certiorari filed on February 17, 2011, is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 30, 2011.

FOR THE COURT:

/s/ Mark E. Recktenwald

Chief Justice



Jeffrey A. Hawk for
petitioner/defendant-
appellee on the
application.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ., and Circuit Judge Castagnetti, in place of Acoba, J., recused.